# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

Case Number: 02-114 ADM/AJB Case Title: Chao v. Tuschner

## MOTION FOR ADMISSION PRO HAC VICE
## FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

**Affidavit of Proposed Admittee**

I, MAUREEN M. CAFFERKEY, am currently a member in good standing of the bar of the United States District Court for the NORTHERN District of OHIO, but not admitted to the bar of this court. I will be representing THE DEPARTMENT OF LABOR (Government Agency) in the action listed above.

Maureen M. Cafferkey
Signature

2/5/02
Date

State I.D.: 0031165

Government Agency U.S. DEPT. OF LABOR / OFFICE OF SOLICITOR

Suite/Building: Room 881

Street Address: 1240 EAST 9th ST.

City State Zip CLEVELAND, OH 44199

Telephone: (216) 522-3872

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

[signature]
Signature

2-5-02
Date

Name: BENJAMIN CHINNI

Title: ASSOCIATE REGIONAL SOLICITOR

U.S. Agency: DOL - SOLICITOR'S OFFICE

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk MMC

FEB 12 2002
Date

Note: the original of this form must be filed with the Clerk of Court for the District of Miinnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED FEB 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK