UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Elaine L. Chao, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

John M. Tuschner, Dennis B. Reiter,
Francis A. Dahlberg, individually and
as Trustees of the Tuschner 401(K) Plan
and
Tuschner Financial Group, Inc.

Defendants.

Civil Action
File No. 02-CV-114 (ADM/AJB)

**STIPULATION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT AND ORDER**

## STIPULATION

It is hereby stipulated and agreed by and between the parties hereto through counsel for plaintiff and defendant John Tuschner that all defendants may have an extension of time in which to answer or otherwise respond to the Complaint until April 22, 2002, and that the Court may enter and file the following Order.

COLEMAN, HULL & VAN VLIET, PLLP

Dated: 22 March 2002

By [signature]
Donald R. McNeil (#200840)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
(612) 841-0001
*Attorneys for Defendant John Tuschner*

MAR 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

MAR.21.2002 2:57PM. COLEMAN HULL & VAN VLIET NO.448 P.3/3

DEPARTMENT OF LABOR

Dated: 3/22/02

By Maureen M. Cafferkey
Maureen M. Cafferkey
881 Federal Office Building
1240 East 9th Street
Cleveland, OH 44199
*Attorneys for Elaine Chao*

**ORDER**

Based upon the Stipulation of Plaintiff and Defendant John Tuschner, and all the files, records and proceedings herein,

IT IS HEREBY ORDERED:

That the time in which the defendants may answer or otherwise respond to the Complaint in the above matter is extended until April 22, 2002.

Dated: 3/25/02

BY THE COURT

Arthur J. Boylan
United States Magistrate Judge

*drm/clients/tuschner/court/*
*stip for extension of time*



Mar-22-02 11:59am From-DEPT OF LABOR +2165227172 T-986 P.03/03 F-714