13985 8

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 02-CV-114 (ADM/AJB) Case Title: Elaine L. Chao, Sec. Dept of Labor U.S. Dept of Labor, Plaintiff v. Dennis B. Rester et al and John M Tuschner v. Equity Cap. Group et al

**Affidavit of Movant**

I, Richard F Koch, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael J. Ryan, an attorney admitted to practice in the Southern District of Florida, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant. Equity Capital Group in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Richard F. Koch
Signature

0057 23 X
MN Attorney License #

6/20/02
Date

**Affidavit of Proposed Admittee**

I, Michael J Ryan, am currently a member in good standing of the U.S. District Court for the Southern District of Florida, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Michael J. Ryan
Type/Print Name

Michael J Ryan
Signature

6/17/02
Date

Attorney License Number: FLA BAR # 0120754

Law Firm Name & Address: Michael J Ryan
17781 S.E. Fed. Hwy.
Tequesta FL 33469

Telephone (561) 746.1050
FAX (561) 748.4200

Motion Granted: Richard J. Sletten
MMC
For the Court: Francis E. Dosal, Clerk

JUN 21 2002
~~6/17/02~~
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

JUN 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK