UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

ELAINE L. CHAO,

Plaintiff,

v.

JOHN M. TUSCHNER, ET AL.,

Defendants.

Civil No. 02-114 ADM/AJB

ORDER

---

It has been brought to the Court's attention that the scheduling order entered in the above captioned case on June 20, 2002, incorrectly states that this case shall be ready for a **Jury** trial. The scheduling order is hereby amended to indicate that this matter shall be ready for trial to the **Court** on June 1, 2003. There will be no Jury.

Dated: 6/28/02

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed JUN 28 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________