# UNITED STATES DISTRICT COURT

**District of Minnesota**

Elaine L. Chao, Secretary of Labor,
U.S. Department of Labor,

Plaintiff(s)

-vs-

Civil Action 02-114 ADM/AJB

John M. Tuschner, Dennis B. Reiter,
Francis A. Dahlberg, and Tuschner
Financial Group, Inc.. and Equity Capital,
Inc.,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) Tuschner Financial Group, Inc is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Tuschner Financial Group, Inc.,

this 18 day of July, 2002.

FRANCIS E. DOSAL, CLERK

By Mary Kaye Conery
Mary Kaye Conery, Deputy Clerk

forms/entry of default.frm