**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor,<br>Plaintiff, | : |
| v. | : |
| JOHN M. TUSCHNER, DENNIS B. REITER,<br>FRANCIS A. DAHLBERG, Individually and as<br>Trustees of the TUSCHNER 401(K) PLAN<br>and<br>TUSCHNER FINANCIAL GROUP, INC., and<br>EQUITY CAPITAL, INC., | : Case No. 02-CV-114<br>:<br>: Judge Ann D. Montgomery<br>:<br>:<br>: Magistrate Judge Arthur J. Boylan |
| Defendants. | : |

**JUDGMENT BY DEFAULT AGAINST**
**TUSCHNER FINANCIAL GROUP, INC.**

In this action, Defendant Tuschner Financial Group, Inc., having been regularly served with a complaint and amended complaint and having failed to plead or otherwise defend, the legal time for pleading or otherwise defending having expired, the default of the said defendant in the premises having been duly entered according to law on **July 22, 2002**, and upon the application of the Plaintiff, JUDGMENT IS HEREBY ENTERED against Tuschner Financial Group, Inc. in accordance with the prayer of the complaint in the above-styled action, and it is:

ORDERED, ADJUDGED AND DECREED that Defendant Tuschner Financial Group, Inc., its agents, servants, employees, and those persons in active concert or participation with them be, and each of them hereby is, permanently enjoined and restrained from violating the provisions of Title I of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. Secs. 1001, et. seq.

FILED AUG 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

It is further ORDERED, ADJUDGED AND DECREED that Defendant Tuschner Financial Group, Inc. be permanently removed from any position which it may now have or in which it may now function with the Plan including, but not limited to, Plan sponsor, Plan administrator and named fiduciary of the Plan.

It is further ORDERED, ADJUDGED AND DECREED that Defendant Tuschner Financial Group, Inc. correct the prohibited transactions in which it engaged.

It is further ORDERED, ADJUDGED AND DECREED that Defendant Tuschner Financial Group, Inc. restore to the Tuschner 401(k) Plan (the Plan) the sum of $24,269.21 representing losses to the Plan, an employee benefit plan, of $19,101.55 together with matured interest of $5,167.66 calculated through July 2002.

FURTHER, it is ORDERED that the United States Marshal cause a true copy of this Judgment to be served on Dennis B. Reiter, officer of Tuschner Financial Group, Inc. and it is further

ORDERED that Defendant Tuschner Financial Group, Inc. pay the costs of this action, including the United States Marshal's fee and expenses for service of a true copy of this judgment, as aforesaid.

Judgment entered August 15, 2002.

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT JUDGE