**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, Plaintiff, | |
| v. | |
| JOHN M. TUSCHNER, DENNIS B. REITER, FRANCIS A. DAHLBERG, Individually and as Trustees of the TUSCHNER 401(K) PLAN and TUSCHNER FINANCIAL GROUP, INC., and EQUITY CAPITAL, INC., | : Case No. 02-CV-114 |
| | : Judge Ann D. Montgomery |
| | : Magistrate Judge Arthur J. Boylan |
| Defendants. | |

**ORDER GRANTING EXTENSION OF TIME TO ADD ADDITIONAL PARTIES AND AMEND THE PLEADINGS**

On August 29, 2002, the Secretary of Labor (the Secretary) filed a Motion for Extension of Time in Which to Name Additional Parties and to Amend the Pleadings and Memorandum of Law in Support pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 7.1. The Secretary requested an extension from September 4, 2002 to September 20, 2002. This Court finds the Secretary has shown good cause for the extension and that the extension will not prejudice the parties. Therefore, her motion is granted.

Date: 9/3/02

U.S. District ^MAGISTRATE Court Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK