AJB

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, Plaintiff, | |
| v. | |
| JOHN M. TUSCHNER, DENNIS B. REITER, FRANCIS A. DAHLBERG, Individually and as Trustees of the TUSCHNER 401(K) PLAN and TUSCHNER FINANCIAL GROUP, INC., | : Case No. 02-CV-114 |
| | : Judge Ann D. Montgomery |
| Defendants | : Magistrate Judge Arthur J. Boylan |
| and EQUITY CAPITAL GROUP, INC., | |
| Third Party Defendant. | |

**ORDER GRANTING SECRETARY'S MOTION TO FILE SECOND AMENDED COMPLAINT TO ADD EQUITY CAPITAL GROUP, INC., FIRST CONSOLIDATED SECURITIES, INC, NORTHSTAR MANAGEMENT GROUP, INC., AND SAMUEL FLESCHLER, AS TRUSTEE OF HOU-TEX TRUST, AS ADDITIONAL PARTIES AND TO CAUSE SUMMONS TO ISSUE**

On September 20, 2002, the Secretary of Labor (the Secretary) filed a Motion to File Second Amended Complaint to Add Equity Capital Group, Inc., First Consolidated Securities, Inc, Northstar Management Group, Inc. and Samuel Fleschler, as Trustee of Hou-Tex Trust, as Additional Parties and to Cause Summons to Issue, Memorandum in Support and Second Amended Complaint pursuant to Rule 15 (a) of the Federal Rules of Civil Procedure and Local Rule 7.1. The Secretary requested she be permitted to amend her amended complaint filed February 8, 2002, add additional parties and have summons issue. This Court finds justice

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

requires the amendment and addition of parties and the parties will not be prejudiced by the amendment. Therefore, her motion is granted and summons shall issue.

Date: 9/23/02

U.S. District Court MAGISTRATE Judge