**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor,<br>Plaintiff,<br><br>v.<br><br>JOHN M. TUSCHNER, DENNIS B. REITER, FRANCIS A. DAHLBERG, Individually and as Trustees of the TUSCHNER 401(K) PLAN<br>and<br>TUSCHNER FINANCIAL GROUP, INC., and EQUITY CAPITAL GROUP, INC., FIRST CONSOLIDATED SECURITIES, INC., NORTHSTAR MANAGEMENT GROUP, INC., and SAMUEL FLESCHLER as Trustee of HOU-TEX TRUST<br><br>Defendants. | : Case No. 02-CV-114<br><br>: Judge Ann D. Montgomery<br><br>: Magistrate Judge Arthur J. Boylan |

**ORDER**

A settlement was reached in this case in December 2002. The terms of the agreement required each defendant to pay $3,500 to the escrow account of the law firm of Coleman, Hull & van Vliet in Minneapolis, MN by January 13, 2003. Once this money was collected, it would then be forwarded to the Tuschner 401(k) Plan. All defendants signed the agreement. All defendants but Equity Capital Group, Inc. have paid their share. THEREFORE, it is ORDERED that Robert Cashman, president of Equity Capital Group, Inc., appear in person before me at 9:00



FEB 13 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Feb-13-03 12:43pm From-DEPT OF LABOR +2165227172 T-969 P.02/04 F-439

am (Central time) Friday, February 28, 2003, with counsel, to explain why he has not paid $3,500 into the escrow account. All other parties must appear but may do so by telephone.

MAGISTRATE JUDGE ARTHUR J. BOYLAN



Feb-13-03 12:44pm From-DEPT OF LABOR +2165227172 T-969 P.03/04 F-439