RECEIVED
BY MAIL
FEB 27 2003
CLERK US DIST COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**ELAINE L. CHAO**, Secretary of Labor,
United States Department of Labor,

Plaintiff

v.

**JOHN M. TUSCHNER, DENNIS B. REITER, FRANCIS A. DAHLBERG**, Individually and as Trustees of the **TUSCHNER 401(K) PLAN**
and
**TUSCHNER FINANCIAL GROUP, INC. EQUITY CAPITAL GROUP, INC., FIRST CONSOLIDATED SECURITIES, INC., NORTHSTAR MANAGEMENT GROUP, INC., and SAMMY FLESCHLER as Trustee of HOU-TEX TRUST,**

Defendants

CIVIL ACTION

File No. 02-CV-114

Judge Ann D. Montgomery

Mag. Judge Arthur J. Boylan

**CONSENT ORDER AND JUDGMENT REGARDING DEFENDANTS JOHN M. TUSCHNER, DENNIS B. REITER, FRANCIS A. DAHLBERG, EQUITY CAPITAL GROUP, INC., FIRST CONSOLIDATED SECURITIES, INC., NORTHSTAR MANAGEMENT GROUP, INC., AND SAMMY FLESCHLER AS TRUSTEE OF HOU-TEX TRUST**

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, pursuant to the provisions of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. §1001 et seq.,

FILED 3-6-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 3-6-03
DEPUTY CLERK

filed a Second Amended Complaint against Defendants John M. Tuschner, Dennis B. Reiter, Francis A. Dahlberg, and Tuschner Financial Group, Inc. (hereinafter "TFGI") as fiduciaries with respect to the Tuschner 401(k) Plan (hereinafter "Plan"), Equity Capital Group, Inc. (hereinafter "EC"), First Consolidated Securities, Inc. (hereinafter "Consolidated"), Northstar Management Group, Inc. (hereinafter "Northstar"), and Sammy Fleschler as Trustee of Hou-Tex Trust (hereinafter "Hou-Tex"), alleging that the Defendants violated their fiduciary obligations under ERISA §§403(a), 403(c)(1), 404(a)(1)(A) and (D), 406(a)(1)(B) and (D) and 406(b) (1) and (2), 29 U.S.C. §§1103, 1104(a)(1)(A) and (D), 1106(a)(1)(B) and (D) and 1106(b)(1) and (2), with respect to the Defendants' failure to remit promptly employee contributions to the Plan. Tuschner and Company, Inc. ("TCI") filed for Chapter 7 bankruptcy on March 10, 2000. (U.S. Bankruptcy Court, District of Minnesota, Petition No. 00-41291) A default judgment was entered against TFGI on August 15, 2002.

Upon consideration of the record herein, and as agreed to by the parties, the Court finds that it has jurisdiction to enter this Consent Order and Judgment.

The Plaintiff and Defendants, John M. Tuschner, Dennis B. Reiter, Francis A. Dahlberg, EC, Consolidated, Northstar and Hou-Tex, without admitting or denying the allegations of the second amended complaint, have agreed to resolve all matters as alleged in the second amended complaint (except for the imposition by Plaintiff of any penalty pursuant to ERISA Sec. 502(l), 29 U.S.C. 1132(l), and any proceedings related thereto), and said parties do now consent to entry of a Consent Order and Judgment by this Court in accordance therewith.

Upon consideration of the record herein, and as agreed to by the parties, the Court finds that it has jurisdiction to enter this Consent Order and Judgment.

IT IS THEREFORE ORDERED that:

1. Defendants John M. Tuschner, Dennis B. Reiter, Francis A. Dahlberg, EC, Consolidated, Northstar and Hou-Tex are permanently enjoined and restrained from violating the provisions of Title I of ERISA, 29 U.S.C. §1001 et. seq.

2. Defendant Dennis Reiter shall have the authority to terminate the Plan in accordance with ERISA. Dennis Reiter shall provide Gregory P. Egan, Regional Director, Pension Welfare Benefits Administration, U. S. Department of Labor, 1100 Main Street, Suite 1200, Kansas City, MO 64105-2112 with copies of any amendments to the Plan, any documents filed on behalf of the Plan with the Internal Revenue Service or the Department of Labor with respect to such termination (including a final filing of Form 5500- Annual Return/Report of Employee Benefit Plan), and any documents received by the Plan from an agency of the United States with respect to such termination.

3. Defendants are liable for a total of $20,400.00 which represents $19,101.55 in principal and $1,298.45 in interest for the time period February, 1999 through December 31, 2002.

4. Defendants John M. Tuschner, Dennis B. Reiter, and Francis A. Dahlberg hereby waive any rights to their unremitted contributions to the Plan. Therefore, as of December 9, 2002, Mr. Tuschner relinquishes his right to $1,269.47 (plus any appreciation and/or interest accruing since February 1999) in unremitted contributions to the Plan, Mr. Reiter relinquishes his right to $381.54 (plus any appreciation and/or interest accruing since February 1999) in unremitted contributions to the Plan, and Mr.Dahlberg relinquishes his right to $1,249.54 (plus any appreciation and/or interest accruing since February 1999) in unremitted contributions to the Plan.

5. Defendant Francis A. Dahlberg hereby waives any right to his current balance in the Plan. Therefore, Mr. Dahlberg relinquishes his interest in a total of $3,067.52 from his plan account. This sum includes $1,568.41 from his Franklin Templeton account and $1,499.11 from his AIM account as of January 3, 2003.

6. Within 10 days of entry of this Consent Order and Judgment, all sums, referred to in paragraph 4 above, owed to John M. Tuschner, Dennis B. Reiter, and Francis A. Dahlberg from the Plan shall be forfeited to the Plan and all sums referred to in paragraph 5 above in Francis A. Dahlberg's account shall be forfeited to the Plan. These sums shall be credited to the accounts of the participants of the Plan (other than Messrs. Tuschner, Reiter, and Dahlberg) on a pro rata basis consistent with the terms of the Plan. Dennis Reiter shall provide Mr. Egan, Regional Director, with satisfactory proof that the aforementioned sums were credited to Plan participants' accounts within 5 days of the sums being credited.

7. By January 13, 2003, Defendants John M. Tuschner, Dennis B. Reiter, Francis A. Dahlberg, EC, Consolidated, Northstar and Hou-Tex shall wire the following amounts to the escrow account of the law firm of Coleman, Hull & van Vliet (8500 Normandale Lake Boulevard, Suite 2110, Minneapolis, MN)

| | |
|---|---|
| John M. Tuschner | $3,500.00 |
| Dennis B. Reiter | $3,500.00 |
| Francis A. Dahlberg | $ 432.48 |
| Equity Capital Group, Inc. | $3,500.00 |
| Sammy Fleschler as Trustee Hou-Tex | $3,500.00 |

On January 13, 2002, Donald R. McNeil, counsel for John M. Tuschner and an attorney with the law firm of Coleman, Hull & van Vliet, shall call the Secretary's representative to tell her whether or not the above individuals have made their contributions to the escrow account. If they have not, then the Secretary of Labor's counsel will not sign this agreement.

Within 10 days of entry of this Consent Order and Judgment, a total of $14,432.48 from the above-mentioned escrow account shall be paid to the Plan. This sum shall be credited to the accounts of the participants of the Plan (other than Messrs. Tuschner, Reiter, and Dahlberg) on a pro rata basis

consistent with the terms of the Plan. Dennis Reiter shall provide Mr. Egan, Regional Director, with satisfactory proof that the aforementioned sum was credited to Plan participants' accounts within 5 days of the sum being credited.

8. In the event that any participant (other than Messrs. Tuschner, Reiter, and Dahlberg) who is eligible under paragraphs 3 through 7 above to have money credited to such participant's individual investment account has already received a full distribution of the account balance prior to the date of entry of this Consent Order and Judgment, Dennis Reiter shall notify such participant of the additional amount to which the participant is entitled under this Consent Order and Judgment within 60 days of signing this Consent Order and Judgment and provide the participant with the option of rolling the additional distribution into another pension plan or individual retirement account (IRA) or taking a lump sum distribution in this amount. Dennis Reiter shall provide each participant with 30 days in which to respond to this notice and then shall, within 15 days of receipt of the response, make distributions to the participants in accordance with their requests. Proof of all distributions shall be sent to Mr. Egan, the Regional Director, within 10 days of each distribution.

9. Dennis Reiter shall make good faith efforts, including utilizing the services of the Internal Revenue Service and the Social Security Administration, to locate any participants or their beneficiaries due distributions under this Consent Order and Judgment, and if such participants or their beneficiaries cannot be located for the purposes of distribution, Dennis Reiter shall notify Mr. Egan, Regional Director, within 60 days of signing this Consent Order and Judgment, of the names, last-known addresses and social security numbers of said participants or beneficiaries.

10. Dennis Reiter will provide the above administrative services at no cost to the Plan.

11. Pursuant to ERISA Sec. 502(c)(2), 29 U.S.C. Sec. 1132(c)(2), the Secretary may assess a civil penalty against a plan administrator for failure to file annual reports. Since 100% of the total amount due the plan will be paid, the Secretary will waive the assessment of the Sec. 502(c)(2) penalty.

12. Each party shall bear her, his, or its own fees, costs, and other expenses incurred by such party in connection with any stage of this proceeding to date including, but not limited to, attorneys' fees which may be available under the Equal Access to Justice Act as amended.

13. The court shall maintain jurisdiction over this matter for purposes of enforcing this Consent Judgment and Order.

14. Nothing in this Consent Order and Judgment is binding on any government agency other than the United States Department of Labor.

15. This Consent Order and Judgment may be executed in counterparts, each of which shall be deemed an original, and all counterparts so executed shall constitute one agreement binding on all of the parties hereto.

DATED: March 6, 2003.

UNITED STATES DISTRICT COURT JUDGE

The undersigned apply for and consent to the entry of the above Consent Order and Judgment:

FOR THE PLAINTIFF:

**EUGENE SCALIA**
Acting Solicitor of Labor

**RICHARD J. FIORE**
Regional Solicitor

**BENJAMIN T. CHINNI**
Associate Regional Solicitor

**MAUREEN M. CAFFERKEY**
Attorney

DATED: 2/25/03

THE DEFENDANTS:

________________________ DATED: 1-17-03

**JOHN M. TUSCHNER**
Individually and as Trustee of
Tuschner 401(k) Plan
10076 West 173rd Street
Lakeville, Minnesota 55044
(612)369-1875

________________________ DATED: __________

**DENNIS B. REITER**
Individually and as Trustee of
Tuschner 401(k) Plan and as
President of Tuschner Financial Group, Inc.
4697 100th Street
Plato, Minnesota 55370

________________________ DATED: __________

**FRANCIS A. DAHLBERG**
Individually and as Trustee of
Tuschner 401(k) Plan
2227 Chelmsford Lane
St. Cloud, Minnesota 56301

________________________ DATED: 1/17/03

**DONALD R. MCNEIL**
Attorney for John M. Tuschner

Coleman, Hull and Van Vliet
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, MN 55437
(952)841-0206

________________________ DATED: __________

**MICHAEL J. RYAN**
Attorney for Equity Capital Group, Inc.
and First Consolidated Securities, Inc.
17781 SE Federal Highway
Tequesta, Florida 33469
(561)746-1050

THE DEFENDANTS:

_______________________ DATED:___________

**JOHN M. TUSCHNER**
Individually and as Trustee of
Tuschner 401(k) Plan
10076 West 173rd Street
Lakeville, Minnesota 55044
(612)369-1875

Dennis B. Reiter DATED: 1/13/03

**DENNIS B. REITER**
Individually and as Trustee of
Tuschner 401(k) Plan ~~and as~~
~~President of Tuschner Financial Group, Inc.~~ DBR
4697 100th Street
Plato, Minnesota 55370

_______________________ DATED:___________

**FRANCIS A. DAHLBERG**
Individually and as Trustee of
Tuschner 401(k) Plan
2227 Chelmsford Lane
St. Cloud, Minnesota 56301

_______________________ DATED: ___________

**DONALD R. MCNEIL**
Attorney for John M. Tuschner

Coleman, Hull and Van Vliet
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, MN 55437
(952)841-0206

_______________________ DATED: ___________

**MICHAEL J. RYAN**
Attorney for Equity Capital Group, Inc.
and First Consolidated Securities, Inc.
17781 SE Federal Highway
Tequesta, Florida 33469
(561)746-1050

THE DEFENDANTS:

______________________ DATED:__________

**JOHN M. TUSCHNER**
Individually and as Trustee of
Tuschner 401(k) Plan
10076 West 173rd Street
Lakeville, Minnesota 55044
(612)369-1875

______________________ DATED:__________

**DENNIS B. REITER**
Individually and as Trustee of
Tuschner 401(k) Plan and as
President of Tuschner Financial Group, Inc.
4697 100th Street
Plato, Minnesota 55370

[signature] DATED: January 8, 2003

**FRANCIS A. DAHLBERG**
Individually and as Trustee of
Tuschner 401(k) Plan
2227 Chelmsford Lane
St. Cloud, Minnesota 56301

______________________ DATED: __________

**DONALD R. MCNEIL**
Attorney for John M. Tuschner

Coleman, Hull and Van Vliet
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, MN 55437
(952)841-0206

______________________ DATED: __________

**MICHAEL J. RYAN**
Attorney for Equity Capital Group, Inc.
and First Consolidated Securities, Inc.
17781 SE Federal Highway
Tequesta, Florida 33469
(561)746-1050

THE DEFENDANTS:

______________________ DATED:__________

**JOHN M. TUSCHNER**
Individually and as Trustee of
Tuschner 401(k) Plan
10076 West 173rd Street
Lakeville, Minnesota 55044
(612)369-1875

DATED: __________

**DENNIS B. REITER**
Individually and as Trustee of
Tuschner 401(k) Plan and as
President of Tuschner Financial Group, Inc.
4697 100th Street
Plato, Minnesota 55370

______________________ DATED:__________

**FRANCIS A. DAHLBERG**
Individually and as Trustee of
Tuschner 401(k) Plan
2227 Chelmsford Lane
St. Cloud, Minnesota 56301

______________________ DATED: __________

**DONALD R. MCNEIL**
Attorney for John M. Tuschner

Coleman, Hull and Van Vliet
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, MN 55437
(952)841-0206

______________________ DATED: 1-7-03

**MICHAEL J. RYAN**
Attorney for Equity Capital Group, Inc.
and First Consolidated Securities, Inc.
17781 SE Federal Highway
Tequesta, Florida 33469
(561)746-1050

_______________________ Trustee

**SAMMY FLESCHLER**
Trustee of Hou-Tex Trust

DATED: 1/7/03

1010 Lamar, Suite 475
Houston, Texas 77002
(713) 654-1088